# EXHIBIT A

CARLOS B. LOPEZ
TRAVIS COUNTY CONSTABLE, PRECINCT FIVE

1003 GUADALUPE ST.
AUSTIN, TEXAS 78701

*RETURN SERVICE REQUESTED*

FIRST-CLASS

9589 0710 5270 3821 7667 63

0008027930 OCT 22 2026

RECEIVED
NOV 1 2 2026

CI2026670CTD-1
SPACE XAI CORP
800 W CESAR CHAVEZ ST
AUSTIN TX 78701

IN THE Circuit COURT OF DeSoto COUNTY, MISSISSIPPI
23rd JUDICIAL DISTRICT

Ulas L Jackson PLAINTIFF(S)

v. CAUSE NO.: CI2026-670CTD

SpaceXAI Corp DEFENDANT(S)

**SUMMONS**

STATE OF MISSISSIPPI
COUNTY OF DeSoto

TO: SpaceX AI Corp
800 West Cesar Chavez Street
Austin Texas
78701

**NOTICE TO DEFENDANT(S)**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Ulas L Jackson, the attorney for Plaintiff(s) or Plaintiff, whose mailing address is 8 11129 Evanston and whose street address is Houston TX 77015.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 15 day of October 2024.

Dale K. Thompson
Clerk of DeSoto County, Mississippi

By: V. [signature] DC

(Seal) CIRCUIT COURT OF DESOTO COUNTY MISSISSIPPI

Presented By:

MS. DALE K. THOMPSON
DESOTO COUNTY CIRCUIT CLERK
2535 HWY 51 SOUTH
HERNANDO, MISSISSIPPI 38632

MAILED THIS ______ DAY OF ______ 20__ OCT 21 2026
CARLOS B. LOPEZ
CONSTABLE, PCT 5, TRAVIS COUNTY, TEXAS
BY: [signature] #528
DEPUTY

**IN THE ________________ COURT OF ______________ COUNTY, MISSISSIPPI**

**_______ JUDICIAL DISTRICT**

________________________________,

**PLAINTIFF(S),**

**v.** **CAUSE NO.:** ____________________

________________________________,

**DEFENDANT(S).**

## SHERIFF'S RETURN

**NAME OF PERSON SERVED:** ________________________________________

☐ **PERSONAL SERVICE:** I personally delivered copies of the summons and complaint on the ____ day of ____________________, 20____, to: ______________________

☐ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to ________________________________ within ______________________ County, Mississippi. I served the summons and complaint on the _________ day of ________________________, 20______, at the usual place of abode of said ________________________________ by leaving a true copy of the summons and complaint with ________________________________, who is the ______________________________ (wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen (16) years and willing to receive the summons and complaint, and thereafter on the _________ day of ______________________, 20______, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐ **SERVICE NOT MADE:** I was unable to serve the summons and complaint.

This the _________ day of ____________________, 20______,

Carlos B. Lopez
________________________________

Sheriff of Constable Pct. 5, Travis County, Texas County

State of ______________________________

By: ______________________ Deputy Sheriff

Note: All summons issued to the sheriff must be returned within thirty (30) days from the day the summons was received by the sheriff pursuant to the requirements of Mississippi Rule of Civil Procedure 4(c)(2)

IN THE Circuit Court COURT OF DeSoto COUNTY, MISSISSIPPI
23rd JUDICIAL DISTRICT

Ulas L Jackson PLAINTIFF

VS. CAUSE NO.: CI2026-670 CTD

SpaceXAI Corp DEFENDANTS

## CIVIL COMPLAINT

Comes now Ulas L Jackson, the PLAINTIFF, who files this CIVIL COMPLAINT for recovery of monetary damages in the amount of $ 50,000,000.00, against the DEFENDANT(S).

### THE PARTIES:

1. The Plaintiff, Ulas L Jackson is an adult resident and citizen of Muscogee County, Georgia.
2. Defendant, Space XAI Corp, is a State of South Haven, Mississipi corporation with its principal place of business at:

Street address:
800 West Cesar Chavez Street, Austin Texas

City, State, Zip:
Austin, Texas, 78701

County:
Travis County, and its

**registered agent for service of process is:**

Name of agent:
Corporation Service Company d/b/a CSC

Title of agent:
Lawyers Incorporating Service Company

FILED
OCT 15 2026
Dale K. Thompson
CIRCUIT COURT CLERK, DESOTO COUNTY MS

Street address: 211 E. 7Th Street, suit 620

City, State, Zip: Austin, Texas 78701

County: Travis County

Telephone no.: ____________________

Email address: ____________________

**JURISDICTION:**

3. This Court has jurisdiction over the Plaintiff's claims because the acts complained of occurred in DeSoto County, Mississipi and the claim exceeds $____________________.

months of work

**FACTS:**

SpaceXAI start date, time 9/14/2026 at 8:00am
3231 Paul R lowry Rd, Memphis, Tn
42.00 hr / 250.00 Pre diem 12hr days - 7 days week 13/1
1. Sep. 23 2026
2. October 2, 2026

2 Space X (caucasian/white) workers walked up to me on seperate days and told me not so good remarks while eating.

1. Sep. 23 The employee walk up to me and tells me I dont belong there where I am in the tent. you really dont belong in here! not you. he smiled, I looked at him and showed my work badge, he walked off and said sorry. The (guy) behind me heard him and said, he shouldn't be talking to you that way, I know, I said, ive been fired for less. I dont complain.

letrician forman black guy Space X

2. Oct. 2 (concussion)
Space X employee looks at me and tell me you shouldnt be in here eating.

I said everyone else is here, And he replied you dont need to be in here. hateful remark. I grabbed my food and walked outside. no need for argument or even saying anything back to him. Number 2

3. Hired in with (Hard hat / Space X)
I never checked in with anyone after my first day of work. we controlled our own time on the app. on the phone. no job task handed from the supervisor, nothing, There should be no complaining, who wouldnt love to make (6,200 week.) thats the problem and thats what. no one should be very disrespectful to me for.
If the group doesnt want you worker. your not working with them. Keep it simple Im educated threw trades, thats disrespectful

**LEGAL CAUSE OF ACTION:**

1. Defamation
2. Employment Violations
3. Equitable Relief (injunctions)

**PRAYER FOR RELIEF:**

Enter judgment in plaintiff favor. against defendant

Award Plaintiff its damages incurred as a result of defendants violative misconduct, reputational harm and other damages

Enter Judgment in favor of plaintiff to avoid future disrespect, future discrimination

RESPECTFULLY SUBMITTED this the 15 day of October, 2026.

(Wet Signature)
**PLAINTIFF**

_______________, Pro Se Plaintiff
(Printed Full Name)

2101 Hamilton Rd
(Mailing Address)

Columbus, ga 31904
(City, State, Zip)

832 3606172
(Phone Number)

UlasJackson@yahoo.com
(Email address if applicable)

ACC
ALVIN COMMUNITY COLLEGE

CONTINUING EDUCATION & WORKFORCE DEVELOPMENT

CONTINUING EDUCATION
WORKFORCE DEVELOPMENT
OFFICIAL TRANSCRIPT
DATE PRINTED: 01/05/2023

PAGE 1

FOR: Ulas L. Jackson
168 Dallas St
Angleton TX 77515

STUDENT ID: 0251321

| TERM | SECTION NUMBER | TITLE | GRADE | HOURS |
|---|---|---|---|---|
| CE209Q3 | CEWLDG-1015-05 | Torch Cutting Procedures 04/28/2009 - 05/05/2009 | S | 42.00 |
| | CEWLDG-1009-05 | Basic S.M.A.W. 05/06/2009 - 06/03/2009 | S | 126.00 |
| CE209Q4 | CEWLDG-1043-05 | Intermediate S.M.A.W. 06/04/2009 - 07/01/2009 | S | 126.00 |
| | CEWLDG-2044-05 | Advanced Arc Welding 07/02/2009 - 07/29/2009 | S | 128.00 |

| | HOURS |
|---|---|
| TOTALS: | 422.00 |

Dean, Continuing Education
& Workforce Development,
or Designated Representative

Your College Right Now
www.alvincollege.edu

cewd@alvincollege.edu
Tel: 281.756.3787
Fax: 281.756.3952
3110 Mustang Road
Alvin, TX, 77511-4898

# Industrial Welding Academy

Would like to recognize

## Ulas Jackson

With this Certificate of Completion for successfully completing 92 hours of Welders Training using the (GTAW) pipe welding process in the 1G, 2G, 5G, and 6G positions.

Andre' Horn

Andre Horn, CWE

March 26, 2015

Date

[redacted]

r Accredited Assessment Center to release my training and/or Assesssment record to NCCER. Further,I hereby authorize NCCER to rely upon this
s Automated National Registry. I hereby release and hold harmless NCCER from any and all liability resulting from its reliance on such information
ted Assesssment center.

sibilities & Liabilities.

d | Performance Verified | Completed PV Tasks

| Date Completed ▾ |
| --- |
| 04/05/2016 |

OSHA
Occupational Safety
and Health Administration

This card acknowledges that the recipient has successfully completed:

# 10-hour General Industry Safety and Health

This card issued to:

**Ulas Jackson**

Ruben R Rosales
Trainer Name

03/15/2023
Date of Issue

The University of Texas at Arlington
An Authorized OSHA Training Institute Education Center®

866-906-9190
www.uta.edu/ded/osha

OSHA recommends Outreach Training Courses as an orientation to occupational safety health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



MWA

Mainliners Welding Academy

CERTIFICATE OF COMPLETION

is awarded to

*Ulas Jackson*

For successful completion of 120 hours of the

Introduction to SMAW Pipe Welding Program on October 16, 2020

American Welding Society

Merced Arroyo – CWI


MWA
Mainliners Welding Academy
CERTIFICATE OF COMPLETION
Ulas Jackson
AWS

Why is the black population so high in Memphis?

Data USA
https://datausa.io › profile › geo › memphis-tn

## Memphis, TN

In 2024, there were 2.8 times more **Black** or **African American** (Non-Hispanic) residents (388k people) in **Memphis**, TN than any other race or ethnicity. There were ... Read more

MLK50
https://mlk50.com › Archive

## Do you live in one of Memphis' Blackest, whitest or most ...

Aug 6, 2021 — The census tracts highlighted in yellow are the city's Blackest, all with populations that are **at least 98.8% Black**. In blue are the city's ... Read more

Wikipedia
https://en.wikipedia.org › wiki › Memphis,_Tennessee

## Memphis, Tennessee

**Memphis's black population** increased from 3,000 in 1860, when the total **population** was 22,623, to nearly 20,000 in 1865, with most settling south of the ... Read more

History | Geography | Demographics | Arts and culture

World Population Review
https://worldpopulationreview.com › us-cities › memphis

## Memphis, Tennessee Population 2026

Demographics ; Black or African **American, 389,448**, 62.92% ; Other race, 31,018, 5.01% ; Black or African American, 387,985, 62.68%. Read more

The Commercial Appeal
https://www.commercialappeal.com › local › 2023/06/02

## Memphis is the largest majority Black city in US. What it ...

Jun 2, 2023 — With the current **population** count sitting at 621,056, **Memphis'** census **population** ... **population** than **Memphis**, which is 63% **Black**. Detroit Mayor ... Read more

Reddit · r/memphis
50+ comments · 1 year ago

## Interesting statistic I ran across for Memphis/Shelby County

# SpaceX Tennessee job site information.

From: David Reith (dreith@callhardhat.com)

Date: Friday, September 11, 2026 at 01:24 PM CDT

***You will receive an email from SpaceXAI -Have it ready to show security for building access ( see attached)- You will be required to show Proof of work authorization***

*Please respond to confirm you received the information*

Welcome to the HardHat Team! Please review the information below and let us know if you have any questions. There is important information below regarding attendance, PPE and payroll. please read this email completely.

<u>Client: SpaceXAI</u>
<u>Start Date & Time</u>: 9/14/26 at 8:00 am (Arrive 30-45 minutes early)
Address: 3231 Paul R Lowry Rd, Memphis, TN 38109 - *between Tennessee Valley Authority and Nucor Steel. Enter through Gate 1*
<u>Site Contact:</u> Onsite POC: Rod Sayegh C: (323) 394-3694
<u>First Payday:</u> 9/18/2026
<u>Per diem Rate: $250.00</u>

Per diem eligibility is limited to days actually worked and is often conditioned upon the employee meeting or exceeding the minimum daily hour requirement. Per Diem is included on your weekly paycheck; We don't provide lodging/hotels or transportation; we also do not provide advances against your paycheck.

Project duration and/or Hours may vary due to the client's needs

- <u>TIME KEEPING:</u> Please get with your onsite Forman/jobsite contact above regarding timekeeping procedures
- <u>PAY:</u> If you have issues with pay, missing time, etc.- Text the payroll line at 512.253.2666
- <u>Attendance Policy:</u> If you are going to be absent from work, please inform your Lead/Supervisor immediately and let us know as well by text to 713.491.4703; Not informing us and jobsite leads may result in loss of assignment.
- <u>PPE</u> -(Hardhat, Gloves, Glasses, Vest, Steel Toe boots) as well as the proper Tools to perform your job each day are required before going onsite** If you need to purchase PPE, we need to know what and how much it costs before approving for reimbursement of PPE.

Please do not hesitate to call/text/email us if you need anything at all or ever have questions. We are here to help you be successful on your new adventure and broaden your horizons for future endeavors.

IMPORTANT NUMBERS:
Payroll: Text 512.253.2666
Recruiting Team: Call or Text 713-491 4703
After Hours Contact: Call/Text: 281-961-9892

**David Reith**
Talent Acquisition Manager
***HARDHAT WORKFORCE SOLUTIONS, LLC.***
Phone (603) 848 0096 | Office(713) 487-6911
www.CALLHARDHAT.com

HH HL WELCOME FLYER (1) (1) (1).png
1.6

SpaceXAI Orientation letter.docx
16.5

< Back to search

Zillow ♡ Save Share Hide ··· More rhood












See all 9 photos

Price cut: $10K (9/28)

**$59,900**

3608 Russelwood Dr, Memphis, TN 38128

**4** beds **1** baths **1,263** sqft

Est.: **N/A** **Get pre-qualified**

Single Family Residence | Built in 1974 | 6,534 Square Feet Lot

$-- Zestimate® | $47/sqft | $-- HOA

## What's special

Investor special! This 4-bedroom home with a 1-car attached carport offers an opportunity for

< Back to search Zillow ♡ Save Share Hide ··· More rhood








See all 15 photos

**Price cut: $5K (10/9)**

# $59,900

3953 McCain Rd, Memphis, TN 38109

**3** beds **1** baths **800** sqft

Est.: **N/A** **Get pre-qualified**

Single Family Residence | Built in 1992 | 0.28 Acres Lot

$-- Zestimate® | $75/sqft | $-- HOA

## What's special

Affordable opportunity in the Westwood area of Southwest Memphis! Built in 1992, this classic


SpaceXAI
Ulas
Jackson